In the Matter of the Application of MICHAEL A. BUTLER for Permission to Appeal to the Appellate Division as a Poor Person.— Motion for leave to appeal to the Appellate Division as a poor person, pursuant to provisions of Civil Practice Act, and that an attorney be assigned to conduct such appeal on behalf of the plaintiff, denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.